UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00291 |
| | ) | JUDGE CAMPBELL |
| TEQUILA MARSH | ) | |

### ORDER

In light of this Order, the status conference set for June 12, 2013, is CANCELLED.

Pending before the Court, among other things, is a Petition (Docket No. 65) alleging violations of Conditions of Pretrial Release. By Order (Docket No. 75) entered on May 29, 2013 by the Magistrate Judge, the Defendant Marsh was detained. Accordingly, the Petition (Docket No. 65) is moot.

Defendant Marsh pled guilty on April 5, 2012 (Docket No. 61) and failed to appear for sentencing on July 12, 2012. Defendant was arrested on May 29, 2013 (Docket No. 75) on a warrant (Docket No. 71) for failure to appear. Pursuant to 18 U.S.C. § 3143(a), Defendant Marsh shall be detained pending sentencing. The Court finds by clear and convincing evidence that Defendant Marsh is likely to flee if released, based on her prior failure to appear and subsequent flight.

By July 1, 2013, the Probation Office shall revise the Presentence Report in light of Defendant's failure to appear, the allegations in the Petition, and the Indictment in U.S.A. v. Tequila Marsh, 3:13-00101. By July 15, 2013, the parties shall file with the Court any objections to the Revised Presentence Report.

The sentencing hearing in this case is set for August 29, 2013, at 1:00 p.m.

It is so ORDERED.

                                                                      TODD J. CAMPBELL
                                                                      UNITED STATES DISTRICT JUDGE