UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-00291 & 3:13-00101 |
| | ) | JUDGE CAMPBELL |
| TEQUILA MARSH | ) | |

ORDER

The Court is in receipt of a letter from Defendant Marsh dated September 23, 2014. The Government and counsel for the Defendant shall file a response by October 14, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE